PROB 12C  
(7/93)

Report Date: February 7, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ismael Flores-Bartolo         Case Number: 2:09CR00169-001

Address of Offender: unknown

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 8, 2010

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison 10 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: September 2, 2011 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 1, 2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender violated the conditions of his supervised release by being arrested on January 19, 2014, in Okanogan County, for 4th degree assault domestic violence, driving under the influence, driving without a license, and two counts of controlled substance violations. These matters are still pending. The next court date is scheduled for February 18, 2014, in Okanogan County District and Superior courts.
2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: The offender violated his conditions of supervised release by being arrested in Okanogan County on January 19, 2014. He did not have advanced legal permission from the U.S. Attorney General or his designee to reenter the United States. Mr. Flores-Bartolo was last removed through the Pas Del Norte, Port of Entry on June 6, 2013.

Prob12C
**Re: Flores-Bartolo, Ismael**
**February 7, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

                        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/07/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

02/07/14

Date